1  REBECCA BRUCH, ESQ., (SBN (#007289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  (775)786-3930
   Attorneys for Defendant
4  Keith Penner

5

6

7

8                 UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10  MICHELLE ROBERTS,                    CASE NO.  3:05-cv-459-RAM

11          Plaintiff,

12      v.

13  STATE OF NEVADA, ex rel.,
    ITS DEPARTMENT OF CONSERVATION
14  AND NATURAL RESOURCES, DIVISION
    OF STATE PARKS, KEITH PENNER,
15  an individual,

16          Defendants.
                                    /
17

18                  **SUBSTITUTION OF COUNSEL**

19  TO ALL PARTIES AND ATTORNEYS OF RECORD:

20          The undersigned Defendant, KEITH PENNER, hereby consents to the substitution of

21  ERICKSON, THORPE & SWAINSTON, LTD, and REBECCA BRUCH, ESQ., in place and

22  stead of SHANNON M. BRYANT, ESQ., as its attorney of record in the above-captioned

23  action. The address for ERICKSON, THORPE & SWAINSTON, LTD., for the purposes

24  of service is as follows: P.O. .Box 3559 Reno, Nevada 89505.

25          DATED this 9th day of August, 2007.

26

27                                      _____
                                        KEITH PENNER
28
Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930
                              -1-

1   ERICKSON, THORPE & SWAINSTON, LTD., does hereby agree to be substituted

2   in place and stead of SHANNON M BRYANT, ESQ. as counsel of record for Defendant

3   KEITH PENNER, in the above-captioned action.

4   DATED this ___9___ day of August, 2007.

5

6                                ERICKSON, THORPE & SWAINSTON, LTD.
                                 99 West Arroyo Street
7                                Post Office Box 3559
                                 Reno, Nevada 89505
8
                                 By: _____
9                                        REBECCA BRUCH, ESQ.

10

11  I hereby consent to the above substitution.

12  DATED this ___9___ day of August, 2007.

13

14                               By: _____
                                         SHANNON M. BRYANT, ESQ.
15

16  IT IS SO ORDERED.

17  _____
    UNITED STATES MAGISTRATE JUDGE
18  DATED: _____ August 9, 2007 _____

19

20

21

22

23

24

25

26

27

28

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

## CERTIFICATE OF SERVICE

Pursuant to FRCP5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., 99 West Arroyo Street, Reno, Nevada 89509; over the age of 18 years, and not a party to the within action; that on August 9th, 2007, I caused to be served, via CM/ECF, a copy of the SUBSTITUTION OF COUNSEL addressed as follows:

Jeffrey A. Dickerson, Esq.
9655 Gateway Drive, Ste. B
Reno, Nevada 89521

Catherine Cortez Masto, Esq.
George H. Taylor, Esq.
100 N. Carson Street
Carson City, Nevada 89701

Shannon M. Bryant, Esq.
Bryant & Banales
190 W. Huffaker Lane, Ste. 402
Reno, Nevada 89511

DATED this 9th day of August, 2007.

Lori Del Piero